**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 JEFFREY CAVE,

                         Plaintiff,                    25 **CIVIL** 1331 (JW)

        -v-                                            **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated January 12, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant

for this further administrative action.

**Dated:**  New York, New York

        January 14, 2026


                                              **TAMMI M. HELLWIG**
                                    _____
                                              **Clerk of Court**



                          **BY:**      _Nezam Dulal_
                                    _____
                                              **Deputy Clerk**